An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

SMALL HOLDINGS, LLC,
                    Appellant,
            vs.
CITIMORTGAGE, INC.,
                    Respondent.

No. 66142

**FILED**

FEB 11 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
    DEPUTY CLERK

*ORDER GRANTING MOTION TO REMAND
AND DISMISSING APPEAL*

Appellant has filed a motion to remand this matter to the district court pursuant to *Huneycutt v. Huneycutt,* 94 Nev. 79, 575 P.2d 585 (1978); *see also Foster v. Dingwall,* 126 Nev. 49, 228 P.3d 453 (2010). The motion is accompanied by an order of the district court certifying that upon remand it will "vacate its order granting CitiMortgage, Inc.'s motion to dismiss, . . . and allow the litigation to continue consistent with the holdings in the recent *SFR* opinion."

Cause appearing, we grant the motion. Accordingly, we remand this matter to the district court pursuant to its certification, and we order this appeal dismissed. This dismissal is without prejudice to appellant's right to file a motion to reinstate this appeal should the district court decline to grant the relief requested.[1] Any such motion to

---

[1]We note that any aggrieved party may file a notice of appeal from any appealable order entered at the completion of the district court proceedings. *See* NRAP 3A.

SUPREME COURT
OF
NEVADA

(O) 1947A

15-04482

reinstate this appeal shall be filed within 60 days of the district court's order declining to grant the requested relief.

It is so ORDERED.[2]

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc:  Hon. Jerry A. Wiese, District Judge
Law Offices of Michael F. Bohn, Ltd.
Akerman LLP/Las Vegas
Eighth District Court Clerk

---

[2]We deny as moot appellant's motion to extend the time to file the opening brief.